| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Koppe, Nancy J. | 2. Court or Organization<br><br>District Court - Nevada | 3. Date of Report<br><br>08/11/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>333 Las Vegas Blvd. South, Ste. 3059<br>Las Vegas, NV 89101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | City of Philadelphia Pension - pension upon retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | Deed of Trust - Commercial Prop #1., Las Vegas, NV | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Int./Div. | N | T | | | | | |
| 2. -American Electric Power common stock | | | | | Sold | 07/31/13 | K | D | |
| 3. -Apple common stock | | | | | Buy (add'l) | 10/15/13 | J | | |
| 4. | | | | | Buy (add'l) | 12/26/13 | K | | |
| 5. -Baxter common stock | | | | | Buy | 05/20/13 | K | | |
| 6. | | | | | Buy (add'l) | 11/01/13 | K | | |
| 7. -Boeing common stock | | | | | Sold (part) | 10/25/13 | J | C | |
| 8. -Cemex common stock | | | | | Buy (add'l) | 05/20/13 | J | | |
| 9. -Chesapeake Energy common stock | | | | | Buy (add'l) | 12/11/13 | J | | |
| 10. -Chevron common stock | | | | | Buy (add'l) | 05/17/13 | K | | |
| 11. -Fifth Third Bank CDs | | | | | Buy | 05/29/13 | K | | |
| 12. | | | | | Closed | 08/29/13 | K | | |
| 13. -GE common stock | | | | | Buy | 05/17/13 | K | | |
| 14. -HomeStreet Bank CDs | | | | | Buy | 05/29/13 | K | | |
| 15. | | | | | Closed | 11/29/13 | K | | |
| 16. -Philip Morris common stock | | | | | Sold (part) | 09/19/13 | K | D | |
| 17. | | | | | Buy (add'l) | 09/20/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Qualcomm common stock | | | | | | | | | |
| 19. -Rogers Communications common stock | | | | | Buy | 12/11/13 | J | | |
| 20. -Schlumberger common stock | | | | | Buy (add'l) | 11/01/13 | J | | |
| 21. -Union Pacific common stock | | | | | Buy | 05/24/13 | K | | |
| 22. | | | | | Sold | 09/17/13 | K | A | |
| 23. -Vanguard Total Stock Market ETF | | | | | Buy | 11/18/13 | J | | |
| 24. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 25. IRA #2 | B | Int./Div. | M | T | | | | | |
| 26. -Abbott common stock | | | | | Sold | 05/14/13 | J | A | |
| 27. -AbbVie common stock | | | | | Spinoff (from line 26) | 01/02/13 | J | | |
| 28. | | | | | Sold | 04/24/13 | J | B | |
| 29. -American Electric Power common stock | | | | | Sold | 07/31/13 | K | C | |
| 30. -Baxter common stock | | | | | Buy | 05/20/13 | K | | |
| 31. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 32. -Boeing common stock | | | | | Sold (part) | 10/25/13 | J | C | |
| 33. -Corning common stock | | | | | Sold | 05/15/13 | J | A | |
| 34. -GE common stock | | | | | Buy | 05/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Union Pacific common stock | | | | | Buy | 05/24/13 | J | | |
| 36. | | | | | Sold | 09/17/13 | J | A | |
| 37. -Vanguard Total Stock Market ETF | | | | | Buy | 11/18/13 | J | | |
| 38. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 39. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 40. College Savings Accs (H) | | | | | | | | | |
| 41. -New Hampshire Bank Deposit Portfolio | | None | | | Buy | 04/26/13 | K | | |
| 42. | | | | | Sold | 06/14/13 | K | | |
| 43. -New Hampshire Total Market Index Portfolio | | None | M | T | Buy (add'l) | 05/10/13 | K | | |
| 44. | | | | | Buy | 06/14/13 | L | | |
| 45. UTMA Accs (H) | | | | | | | | | |
| 46. -Baxter common stock | A | Dividend | J | T | Buy | 05/20/13 | J | | |
| 47. -Exxon Mobile common stock | A | Dividend | K | T | Sold (part) | 05/20/13 | J | B | |
| 48. -Travelzoo common stock | | None | | | Sold | 02/22/13 | J | A | |
| 49. Abbott common stock | A | Dividend | | | Sold | 05/14/13 | J | C | |
| 50. AbbVie common stock | A | Dividend | | | Spinoff (from line 49) | 01/02/13 | J | | |
| 51. | | | | | Sold | 04/24/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. American Electric Power common stock | A | Dividend | | | Sold (part) | 04/12/13 | J | B | |
| 53. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 54. | | | | | Sold | 07/31/13 | K | C | |
| 55. Apple common stock | B | Dividend | M | T | Buy (add'l) | 10/15/13 | K | | |
| 56. | | | | | Sold (part) | 10/15/13 | K | A | |
| 57. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 58. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 59. Baxter common stock | A | Dividend | L | T | Buy | 05/20/13 | K | | |
| 60. | | | | | Buy (add'l) | 10/15/13 | K | | |
| 61. | | | | | Buy (add'l) | 11/01/13 | K | | |
| 62. Calvert Ultra-Short Floating Income Fund Class A | A | Distribution | K | T | Buy | 05/17/13 | K | | |
| 63. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 64. Carnival common stock | A | Dividend | | | Buy | 02/13/13 | J | | |
| 65. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 66. | | | | | Sold (part) | 05/22/13 | J | | |
| 67. | | | | | Buy (add'l) | 05/22/13 | K | | |
| 68. | | | | | Sold | 07/17/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chevron common stock | B | Dividend | L | T | Buy (add'l) | 05/17/13 | K | | |
| 70. Corning common stock | A | Dividend | | | Sold (part) | 05/15/13 | K | A | |
| 71. | | | | | Sold | 06/17/13 | K | A | |
| 72. Deere common stock | A | Dividend | | | Sold | 02/12/13 | K | B | |
| 73. Devon Energy common stock | A | Dividend | K | T | | | | | |
| 74. Exxon Mobile common stock | B | Dividend | L | T | | | | | |
| 75. GE common stock | C | Dividend | M | T | Buy (add'l) | 05/17/13 | K | | |
| 76. | | | | | Sold (part) | 09/10/13 | K | A | |
| 77. JPM common stock | A | Dividend | | | Sold | 01/04/13 | J | B | |
| 78. MMM common stock | B | Dividend | L | T | | | | | |
| 79. NYSE EuroNext common stock | A | Dividend | | | Buy (add'l) | 05/21/13 | J | | |
| 80. | | | | | Sold | 06/18/13 | K | C | |
| 81. Philip Morris common stock | B | Dividend | L | T | | | | | |
| 82. Qualcomm common stock | A | Dividend | K | T | Buy (add'l) | 05/21/13 | J | | |
| 83. Rogers Communications common stock | | None | K | T | Buy | 12/11/13 | K | | |
| 84. Schlumberger common stock | A | Dividend | | | Sold | 02/08/13 | L | C | |
| 85. SPDR Gold Shares Trust - GLD ETF | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Total Stock Market ETF | A | Dividend | K | T | Buy | 11/06/13 | J | | |
| 87. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 88. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 89. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 90. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 91. Trust #1 | E | Rent | P1 | W | | | | | |
| 92. -Commercial Prop #1, Las Vegas, NV | | | | | | | | | |
| 93. ▒▒▒▒▒ | F | Distribution | P1 | U | | | | | |
| 94. ▒▒▒▒▒ | A | Distribution | K | U | | | | | |
| 95. VACAVA Inc. | | None | J | U | | | | | |
| 96. Ally Bank accounts | A | Interest | K | T | | | | | |
| 97. Barclays Bank of Delaware accounts | A | Interest | K | T | | | | | |
| 98. Fifth Third Bank accounts | A | Interest | | | Closed | 08/29/13 | K | | |
| 99. GE Capital Interest Plus account | A | Interest | K | T | | | | | |
| 100. Nevada State Bank accounts | A | Interest | K | T | | | | | |
| 101. Wells Fargo Bank accounts | A | Interest | K | T | | | | | |
| 102. AXA Variable Universal Life Insurance Policy | A | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -American Century VP Mid Cap Value fund | | | | | Buy | 03/05/13 | K | | |
| 104. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 105. | | | | | Sold (part) | 04/04/13 | J | | |
| 106. | | | | | Sold (part) | 04/24/13 | J | | |
| 107. | | | | | Sold | 11/25/13 | K | | |
| 108.  -EQ / Alliance Bernstein Small Cap Growth fund | | | | | Buy (add'l) | 03/05/13 | J | | |
| 109. | | | | | Sold (part) | 04/08/13 | J | | |
| 110. | | | | | Sold (part) | 03/28/13 | J | | |
| 111. | | | | | Sold | 04/04/13 | J | | |
| 112.  -EQ / Boston Advisors Equity Income fund | | | | | Sold (part) | 02/27/13 | K | | |
| 113. | | | | | Sold | 03/05/13 | K | | |
| 114.  -EQ / Equity 500 Index fund | | | | | Sold (part) | 03/08/13 | J | | |
| 115. | | | | | Sold (part) | 03/28/13 | J | | |
| 116. | | | | | Sold | 04/04/13 | K | | |
| 117.  -EQ / GAMCO Small Company Value fund | | | | | Buy (add'l) | 03/05/13 | J | | |
| 118. | | | | | Buy (add'l) | 03/08/13 | K | | |
| 119. | | | | | Sold | 04/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -EQ / Wells Fargo Omega Growth fund | | | | | Sold | 03/05/13 | K | | |
| 121.  -Franklin Rising Dividend Securities fund | | | | | Buy | 03/05/13 | K | | |
| 122. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 123. | | | | | Buy (add'l) | 04/04/13 | K | | |
| 124. | | | | | Sold (part) | 04/24/13 | J | | |
| 125. | | | | | Sold | 09/06/13 | L | | |
| 126.  -Franklin Small Cap Value Securities fund | | | | | Buy | 03/05/13 | K | | |
| 127. | | | | | Sold | 03/08/13 | K | | |
| 128.  -Guaranteed Interest Account | | | | | Buy | 02/27/13 | K | | |
| 129. | | | | | Sold | 03/05/13 | K | | |
| 130. | | | | | Buy | 03/28/13 | K | | |
| 131. | | | | | Buy (add'l) | 04/04/13 | L | | |
| 132. | | | | | Buy (add'l) | 04/24/13 | K | | |
| 133. | | | | | Buy (add'l) | 09/06/13 | L | | |
| 134. | | | | | Sold (part) | 11/12/13 | L | | |
| 135. | | | | | Sold (part) | 11/18/13 | L | | |
| 136.  -Ivy Funds VIP Mid Cap Growth fund | | | | | Sold (part) | 03/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/04/13 | K | | |
| 138. | | | | | Buy | 11/12/13 | L | | |
| 139. | | | | | Buy (add'l) | 11/18/13 | L | | |
| 140. | | | | | Buy (add'l) | 11/25/13 | K | | |
| 141.   -Multimanager Technology fund | | | | | Sold | 02/27/13 | K | | |
| 142.   AXA Whole Life Insurance Policy | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koppe, Nancy J. | 08/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the initial report, dated June 5, 2013, AbbVie and JPM common stock were inadvertently omitted from Part VII. The mistake has been corrected in this report, in lines 27 and 77.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy J. Koppe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544